NOTE: CHANGES MADE BY THE COURT

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
Susan Rabin, SBN: 122837
    E-mail: srabin@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:  (818) 888-7544

Attorneys for Plaintiff
YOUR BABY CAN, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUR BABY CAN, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>vs.<br><br>JUDY CHAN, an Individual, and Does 1-10, Inclusive,<br><br>    Defendants. | Case No.:  CV10-00297 VBF (SSx)<br><br>**[PROPOSED] JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff, YOUR BABY CAN, LLC, is hereby awarded final judgment on its claims for relief against Defendant JUDY CHAN in the sum of $150,000.00 (17

*U.S.C.* §504(c)(2)), as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under Local Rule 55-1. Under Local Rule 55-3, Plaintiff is awarded attorneys' fees of $5,600.00. Plaintiff is further awarded costs, pursuant to the *Copyright Act*, 17 U.S.C. §504(c), to be determined by the Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the entry of judgment.

**IT IS SO ORDERED:**

**Dated: July 19, 2010**

By: *Valerie Baker Fairbank*
HON. VALERIE BAKER FAIRBANK
U.S. DISTRICT COURT JUDGE

- 2 -
[PROPOSED] JUDGMENT